**FILED**
Apr 29 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff.

  v.

DANA JACKSON,

    Defendant.

Case No. 4:25-cr-00092-YGR-1 (DMR)

**INITIAL ORDER RE: CONTRIBUTION TO COST OF COURT-APPOINTED COUNSEL**

Dana Jackson, is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that the Defendant has sufficient assets and is financially able to make partial payment for the representation.

IT IS HEREBY ORDERED:

Defendant will pay $ 200 per month towards the cost of representation beginning **May 1, 2025** and the same day each month thereafter, until the case is concluded or until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

IT IS SO ORDERED.

Dated: April 29, 2025

_____
DONNA M. RYU
Chief Magistrate Judge

*CJA_Contribution_Order_Cham*
*rev. June 2018*